UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 21-CR-442-JLS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| | ) | |
| VERONICA RANGEL, AND ANTHONY LUIS RANGEL OROZCO, | ) | |
| DefendantS. | ) | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for April 9, 2021, be continued until May 14, 2021, at 1:30 p.m. Defendants must file an Acknowledgment of Next Court Date by April 23, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  April 1, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge